WILLIAM H. BAKER, Appellant, *v.* CENTURY CABINET COMPANY, Respondent.

*Baker* v. *Century Cabinet Co.*, 169 App. Div. 911, appeal dismissed.
(Submitted December 13, 1915; decided December 17, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground of failure to file the required undertaking.

*H. D. Bailey* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.